IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATIONAL PASTEURIZED EGGS, INC.
and NATIONAL PASTEURIZED EGGS, LLC,

                      Plaintiffs,                  ORDER

   v.

MICHAEL FOODS, INC., ABBOTSFORD          10-cv-646-wmc
FARMS, INC., CRYSTAL FARMS
REFRIGERATED DISTRIBUTION COMPANY,
and M.G. WALDBAUM COMPANY,

                      Defendants,

and

MICHAEL FOODS, INC.,

                      Plaintiff,

   v.
                                                     11-cv-534-wmc
NATIONAL PASTEURIZED EGGS, INC.,

                      Defendant.

---

Having reviewed the parties' deposition designations and objections thereto, the court makes the following rulings. The approved designations may be presented to the jury unless the witness is available to testify in person.

1) Leon John Davidson, Apr. 6, 2012 (dkt. #277):

| MFI Initial Designations | National Objections | National Counterdesignations | MFI Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 7:1-7:2<br>7:5-7 | | (See National Initial Designations) | | |

| MFI Initial Designations | National Objections | National Counterdesignations | MFI Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 9:14-21 | | (See National Initial Designations) | | |
| 10:25-11:2<br>11:17-19 | | 12:6-13:5<br>(See National Initial Designations) | | |
| 32:20-33:2 | | (See National Initial Designations) | | |
| 33:20-34:6<br>34:10-15 | | 34:16-35:17<br>(See National Initial Designations) | | |
| 35:18-22 | | (See National Initial Designations) | | |
| 37:1-38:8<br>42:2-9 | | 39:6-42:1<br>42:10-13<br>44:2-10<br>(See National Initial Designations) | | |
| 44:11-16 | | (See National Initial Designations) | | |
| 44:20-45:2 | | 45:3-4<br>(See National Initial Designations) | | |
| 45:10-13<br>46:2-12<br>46:16-47:16 | | (See National Initial Designations) | | |
| 47:17-47:20<br>48:1-3<br>51:22-52:5 | | 47:21-25<br>52:6-7<br>52:21-53:8<br>(See National Initial Designations) | | |
| 53:9-14<br>53:25-54:9 | | (See National Initial Designations) | | |
| 76:1-7 | R; 403; MIL (to the extent played in the liability phase) | 75:16-25<br>(See National Initial Designations) | | Sustained as to liability; overruled as to damages |
| 77:23-78:3 | R; 403; MIL (to the extent played in the liability phase) | (See National Initial Designations) | | Sustained as to liability; overruled as to damages |
| 79:3-5 | | (See National Initial Designations) | | |
| 80:10-80:15 | R; 403; MIL (to the extent | 80:20-21<br>(See National Initial | | Sustained as to liability; overruled |

2

| MFI Initial Designations | National Objections | National Counterdesignations | MFI Counterobjections | Court's Ruling |
|---|---|---|---|---|
| | played in the liability phase) | Designations) | | as to damages |
| 85:20-86:9 | R; 403; MIL (to the extent played in the liability phase) | (See National Initial Designations) | | Sustained as to liability; overruled as to damages |
| 86:13-17 | R; 403; L; MIL (to the extent played in the liability phase) | (See National Initial Designations) | | Sustained as to liability; overruled as to damages |
| 97:13-25 | R; 403; MIL; HS | (See National Initial Designations) | | Sustained; omit 97:13-15 |
| 99:7-101:12 101:20-25 | R; 403 | (See National Initial Designations) | | Overruled |
| 102:1-11 103:17-25 104:25-105:6 | Untimely | 102:12-103:6 105:7-12 (See National Initial Designations) | | Overruled, provided counterdesignations included |
| 105:13-18 106:1-21 107:2-17 | R; 403 | (See National Initial Designations) | | Overruled |
| 112:19-113:3 113:11-16 114:9-17 116:18-24 116:25-118:4 118:14-119:23 | Untimely (112:25-113:3, 113:11-16, 114:9-17, 116:25-118:4, 118:14-119:23) | 112:25-113:23 (See National Initial Designations) | | Overruled, provided counterdesignations included |
| 120:11-121:7 | AC (121:6) | (See National Initial Designations) | | Sustained; omit 121:6 |
| 121:15-21 | Untimely; AC (121:19-20) | (See National Initial Designations) | | Sustained; omit 121:19-20 |
| 122:5-10 | | (See National Initial Designations) | | |
| 135:9-10 | | (See National Initial Designations) | | |
| 138:2-140:3 | | (See National Initial Designations) | | |

| National Initial Designations | MFI Objections | MFI Counter-designations | NPE Counter-objections | Court's Ruling |
|---|---|---|---|---|

| National Initial Designations | MFI Objections | MFI Counter-designations | NPE Counter-objections | Court's Ruling |
|---|---|---|---|---|
| 7:5-7:9 | | | | |
| 9:14-9:21 | | | | |
| 10:1-10:14 | | | | |
| 14:2-15:6 | | | | |
| 15:21-16:5 | | | | |
| 17:21-18:6 | | | | |
| 29:7-29:24 | | | | |
| 30:2-30:21 | | | | |
| 32:3-32:12 | | | | |
| 37:1-37:7 | | | | |
| 37:22- 38:2 | | | | |
| 42:2-44:6 | | | | |
| 49:1-49:7 | | | | |
| 50:1-50:5 | | | | |
| 140:13-140:16 | | | | |
| 141:2-141:25 | | | | |
| 144:20-145:9 | | | | |
| 147:3-147:20 | | | | |
| 148:9-148:21 | Rule 602, Lack of foundation (148:18-21) | | | Overruled |
| 149:12-150:13 | Rule 602, Lack of foundation (149:15-16) | | | Overruled |
| 152:17-154:15 | | | | |
| 155:13-156:15 | | | | |
| 157:9-158:24 | | | | |
| 159:2-161:12 | | | | |
| 162:22-163:4 | | | | |
| 163:7-163:24 | | | | |
| 164:2-164:6 | | | | |
| 164:8-164:9 | | | | |
| 165:11-166:21 | | | | |
| 166:24-167:12 | | | | |
| 168:12-168:18 | | | | |
| 168:21-168:24 | | | | |
| 169:1-170:12 | | | | |
| 170:25-173:10 | | | | |
| 173:17-174:10 | Assumes facts not in evidence (174:7-10) | | | Sustained; omit 174:7-14 through "words" (keep "Would you read the sentence again?) and omit 174-15-17 |
| 174:13-175:3 | Assumes facts not in evidence | | | Overruled |

| National Initial Designations | MFI Objections | MFI Counter-designations | NPE Counter-objections | Court's Ruling |
|---|---|---|---|---|
| | (175:1-3) | | | |
| 175:5-176:23 | | | | |
| 177:1-177:4 | | | | |
| 177:7-177:8 | | | | |
| 177:24-178:4 | | | | |
| 178:17-181:21 | | | | |
| 181:24-182:6 | | 182:7-12; 182:15-19 | Rule 402; Untimely | Overruled as to 182:7-12; sustained as to 182:15-19; omit 182:15-19 |
| 183:5-185:20 | | | | |
| 186:1-186:24 | | | | |
| 187:2-187:10 | | 187:11-16 | | |
| 187:18-188:4 | | | | |
| 188:23-189:21 | | | | |
| 193:13-195:5 | | | | |
| 195:10-195:12 (ending at "doubt.") | | 195:13-196:4 | | |
| 196:5-196:16 | | | | |
| 198:7-199:6 | | | | |
| 199:9-199:18 | | | | |
| 199:20-199:25 | | | | |
| 200:2-200:5 | | | | |
| 200:7-200:12 | Rule 402, Lack of foundation (200:10-12) | | | Overruled |
| 200:15-201:1 | Rule 402, Lack of foundation (200:17-19) | | | Overruled in part; sustained in part; omit 200:17 |
| 201:4-201:6 | | 201:7-9 | Untimely | Overruled |
| 201:10-201:14 | Rule 402, Lack of foundation | | | Overruled |
| 201:17-201:24 | Rule 402, Lack of foundation | | | Overruled |
| 220:22-221:3 | | | | |

2)  James D. Schuman, PhD., Dec. 1, 2011 (dkt. #148):

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 6:2-6:4 | | | | |
| 6:9-6:15 | | 16:7-8 | | |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 44:2-44:23 | Rule 402, Rule 403 (44:2-23) | 42:17-43:8 | Untimely | Overruled as to both objections |
| 67:8-67:23 | | 66:20-67:7; 67:24-68:8 | Untimely | Overruled |
| 71:21-73:18, 73:22-74:14 | | | | |
| 75:7-76:17 | | | | |
| 82:22-83:15 | | 80:3-80:18 | | |
| 86:17-86:22 | | 87:4-9 | | |
| 88:20-90:7 | | 90:8-22 | Untimely | Overruled |
| 91:7-91:21 | | | | |
| 92:6-93:1 | | | | |
| 93:2-93:18 | | 93:23-94:1 | Untimely | Overruled |
| 106:11-106:22 | | | | |
| 108:16-109:12 | | | | |
| 115:2-115:14 | | | | |
| 115:18-116:3 | | | | |
| 118:5-120:6 | Attorney colloquy (118:7-8) | | | Sustained in part; overruled in part; omit 118:7 |
| 129:17-129:19 129:22-130:9 | Rule 602, Lack of foundation (129:17-19) | | | Overruled |
| 145:18-145:20 | | | | |
| 146:3-146:19 | | | | |
| 193:5-193:8 | | | | |
| 193:24-194:12 | | | | |
| 195:18-195:21 | | | | |
| 199:12-199:20 | | | | |
| 202:3-202:5 | | | | |
| 204:15-204:20 | | | | |
| 205:7-205:10 | | | | |
| 205:21-206:1, 206:4-206:13 | | | | |
| 207:13-207:23, | | | | |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 208:1-208:23 | | | | |
| 212:11-213:3 | | 213:4-13 | | |
| 218:18-219:7 | | | | |
| 223:24-224:10 | | | | |
| 225:16-226:10 | | 226:11-14 | | |
| 226:15-229:12 | | 229:13-230:8 | | |
| 230:9-233:17 | | 233:18-25; 234:3-12 | | |
| 234:13-235:4 | | | | |
| 236:16-236:19, 236:21-237:16 | | | | |
| 237:21-237:23, 238:2-238:3 | | | | |
| 240:19-241:13, 241:16-241:23, 242:3-242:4, 242:8-242:13, 242:17-242:20 | Assumes facts not in evidence (241:11-13); Rule 402, Rule 403 (241:22-23; 242:3-4; 242:8-13; 242:18-20) | | | Overruled in part; sustained in part; omit 241:22-242:20 |
| 243:13-243:23 | | | | |
| 245:6-246:3, 246:5-246:16 | | | | |
| 247:21-248:2 | | | | |
| 248:5-248:9 | | | | |
| 248:17-249:8 | Attorney colloquy (249:6-7) | | | Sustained; omit 249:6-7 |
| 249:13-250:19 | | | | |
| 253:10-253:23, 254:2-254:6 | | | | |
| 247:21-248:2 | | | | |
| 248:5-248:9 | | | | |
| 248:17-249:8 | | | | |
| 249:13- | | 250:20-251:1 | Untimely | Overruled |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 250:19 | | | | |
| 253:10-253:23, 254:2-254:6 | | | | |
| 256:14-257:6 | | | | |
| 257:10-258:16 | | | | |
| 261:4-261:11 | | 261:12-23 | | |
| 262:4-262:13 | | | | |
| 262:23-263:18, 263:22-264:6 | | 270:2-271:7; 272:6-9; 272:11-17 | | |
| 273:16-273:18, 273:23-274:2 | Rule 402, Rule 403 | | | Sustained; omit 273:16-18, 273:23-274:2 |

3) Dr. Hershall Ball, Mar. 20, 2012 (dkt. #275):

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 15:16-15:19 | | | | |
| 15:25-16:5 | | | | |
| 18:3-18:6 | | | | |
| 18:11-18:19 | | 18:20-19:2 | | |
| 19:3-19:7 | | 19:19-23 | | |
| 19:24-20:9 | | | | |
| 26:8-26:16 | | | | |
| 28:18-28:23 | | | | |
| 29:13-29:23 | | | | |
| 30:6-30:19 | | 34:1-6; 35:13-24 | | |
| 36:20-37:8 | | | | |
| 37:14-37:18 | | 37:19-25 | | |
| 52:14-52:19 | | 35:25-36:7; 46:14-16; 46:18-20; 49:19-22 | | |
| 54:4-55:7 | | 55:8-18 | | |
| 58:24-59:5 | | | | |
| 59:15-60:2 | | | | |
| 60:3-60:7 | | | | |
| 74:8-74:14 | | | | |
| 74:24-75:10 | | | | |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 75:17-76:2, 76:7-76:12 | | | | |
| 76:21-76:22, 77:3-77:8 | Rule 402, Rule 403 | | | Sustained; omit 76:21-22, 77:3-8 |
| 78:11-78:15, 78:20-78:25 | | | | |
| 79:8-79:11 | Rule 402, Rule 403 | | | Sustained; omit 79:8-11 |
| 79:21-79:25 | | 79:17-20 | Untimely | Overruled |
| 82:16-82:20 | | 83:17-21 | | |
| 84:6-84:14 | | 84:15-17; 84:20-21 | | |
| 86:9-86:14 | | | | |
| 88:18-89:14 | | 90:20-25 | | |
| 96:6-96:11 | | | | |
| 97:1-97:8, 97:11 | | | | |
| 100:2-100:10 | | | | |
| 101:1-101:16 | | 101:17-22 | | |
| 101:23-102:12 | | 103:12-104:1 | | |
| 104:20-105:8 | | | | |
| 106:5-106:12 | | | | |
| 109:21-110:2 | | | | |
| 111:12-112:12 | | | | |
| 113:18-113:23 | | | | |
| 115:11-115:17 | | | | |
| 124:13-125:16 | | | | |
| 129:13-129:20 | | | | |
| 131:4-131:12 | | 131:13-16 | | |
| 132:5-132:10 | | | | |
| 132:21-133:5, 133:8-133:9 | | | | |
| 140:18-140:23 | | | | |
| 141:18-141:25 | | 142:1-2 | | |
| 142:3-142:5, 142:8-142:9 | | 142:19-22; 142:25-143:10; 143:12-14; | | |

9

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| | | 144:2-18 | | |
| 182:16-183:8, 183:11-184:6 | Rule 602, Lack of foundation (183:8) | 184:20-22; 184:24-25 | | Overruled |
| 189:4-189:25, 190:3-190:5 | | | | |
| 191:11-191:18, 191:21-191:23 | Vague (191:11-18) | | | Overruled |
| 200:12-200:22 | | | | |
| 201:7-201:14 | | | | |
| 203:17-205:3 | | | | |
| 205:10-205:20 | | | | |
| 207:1-207:24, 208:2-208:14 | | | | |
| 214:15-214:24, 215:2-215:4 | Vague, Rule 602, Lack of foundation (214:21-24) | 222:3-5; 222:8-10 | Incomplete | Overruled as to both objections |
| 232:15-233:20 | | | | |
| 234:3-234:11 | | | | |
| 234:17-234:20 | | | | |
| 235:1-236:9 | | 236:10-14 | | |
| 236:15-238:22 | | | | |
| 240:1-242:9 | | 294:2-14; 294:16-20; 294:23 | AC (294:11-12) | Sustained; omit 294:11-12 |
| 243:5-243:23, 244:1-245:8 | | 294:25-295:11; 295:14; 295:16-17; 295:20-21; 295:23-296:7 | | |
| 246:4-246:21 | | 296:16-17; 296:20; 296:22-297:1; 297:4 | | |
| 249:16-249:21, 249:24-250:11 | | 249:23 | | |
| 250:23- | | | | |

10

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 251:15, 251:17-251:21 | | | | |
| 254:17-254:20, 254:25-255:11 | | 255:12-17; 255:20-23 | | |
| 255:25-256:2, 256:5-256:7 | | 257:9-11; 257:14-15; 257:17-258:1 | | |
| 258:2-258:7, 258:9-258:13 | | | | |
| 258:18-258:25, 259:2-259:5 | | | | |
| 259:14-262:7, 262:10-262:16 | | | | |
| 263:10-264:2, 264:6-264:14 | | 264:16-19; 264:23 | | |
| 264:25-265:6 | | | | |
| 272:18-273:16 | | | | |
| 273:23-274:4 | | | | |
| 274:23-275:13 | | | | |
| 275:20-276:11, 276:14-276:24 | Rule 602, Lack of foundation (276:8-11) | | | Sustained; omit 275:20-276:11, 276:14-24 |
| 277:13-278:10 | | | | |
| 279:3-279:10 | | | | |
| 280:2-281:2 | | | | |
| 281:13-282:5 | | | | |
| 282:13-282:18, 282:21 | | | | |
| 283:2-283:10 | | | | |
| 287:1-287:7 | | | | |
| 287:16-287:21, 287:23-287:25 | | | | |

4) Joseph M. Vandepopuliere, Ph.D., Apr. 10, 2012 (dkt. #266):

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 7:7-8:10 | | | | |
| 13:14-13:15 | | | | |
| 13:17 | | | | |
| 13:19-13:23 | | | | |
| 14:14-14:17 | | | | |
| 15:9 | | | | |
| 15:12-17:7 | | | | |
| 17:9-17:10 | | | | |
| 19:21-20:21 | | | | |
| 34:15-34:21 | | | | |
| 34:25-35:2 | | | | |
| 34:25-35:2 | | | | |
| 35:8-35:12 | | | | |
| 35:18-35:25 | | | | |
| 42:5-42:13 | | | | |
| 45:1-46:1 | | | | |
| 46:19-48:19 | Rule 402, Rule 403 (47:23-49:10) | | | Sustained; omit 47:23-49:10 |
| 48:22-48:25 | Rule 402, Rule 403 (47:23-49:10) | | | |
| 49:2-49:7 | Rule 402, Rule 403 (47:23-49:10) | | | |
| 49:10-49:15 | Rule 402, Rule 403 (47:23-49:10) | | | |
| 49:18-49:19 | | | | |
| 50:10-50:22 | Rule 402, Rule 403 | | | Sustained; omit 50:10-22 |
| 50:25-51:4 | Rule 402, Rule 403 | | | Sustained; omit 50:25-51:4 |
| 51:13-51:25 | | | | |
| 52:3 | | | | |
| 52:16-53:15 | | | | |
| 53:22-54:3 | | | | |
| 54:13-55:2 | Rule 602, Lack of foundation (55:1-2, 6-8) | | | Sustained; omit 55:1-2 |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 55:6-55:8 | Rule 602, Lack of foundation (55:1-2, 6-8) | | | Sustained; omit 55:6-8 |
| 55:11 | Rule 602, Lack of foundation | | | Sustained; omit 55-11 |
| 57:21-58:14 | Rule 602, Lack of foundation (57:22-58:1) | | | Overruled |
| 58:17-58:20 | Rule 602, Lack of foundation (58:19-20) | | | Sustained; omit 58:19-20, 23 |
| 58:23-59:1 | | | | |
| 59:3-59:13 | | | | |
| 59:16-59:20 | | | | |
| 59:23-60:14 | Rule 602, Lack of foundation (60:13-14) | | | Sustained; omit 60:13-14 |
| 60:16-60:18 | Rule 602, Lack of foundation (60:16-18) | | | Sustained; omit 60:16-18 |
| 60:21-61:12 | Rule 602, Lack of foundation (60:23-61:1) | | | Overruled |
| 61:14-61:21 | | | | |
| 61:24-62:6 | | | | |
| 62:9-64:7 | Compound, Vague (64:4-7) | | | Sustained; omit 64:4-11 |
| 64:10-64:25 | | | | |
| 65:2-66:8 | | | | |
| 66:11-66:24 | | | | |
| 67:2-68:2 | | | | |
| 68:18-69:22 | | | | |
| 69:24-70:25 | | | | |
| 71:2-71:10 | | | | |
| 71:13 | | | | |
| 71:15-71:24 | | | | |
| 72:24-73:20 | | | | |
| 74:9-74:16 | Compound (74:14-16; 74:19-24) | | | Overruled |
| 74:18-74:24 | | | | |
| 75:1-75:2 | | | | |
| 78:9-79:17 | | | | |

13

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 81:8-81:20 | | | | |
| 82:4-82:12 | | | | |
| 83:2-83:5 | | 83:6-10 | | |
| 84:4-84:6 | | | | |
| 84:9 | | | | |
| 86:13-87:16 | | | | |
| 88:9-88:16 | | | | |
| 89:12-90:13 | | | | |
| 90:15-90:16 | | | | |
| 90:25-91:3 | | | | |
| 91:6-91:12 | | | | |
| 91:15-91:23 | | | | |
| 92:8-93:9 | | | | |
| 93:11-96:1 | | | | |
| 97:6-99:2 | | | | |
| 99:14-100:4 | | | | |
| 100:12-100:13 | Rule 602, Lack of Foundation | | | Sustained; omit 100:12-13, 16-17 |
| 100:16-100:20 | | | | |
| 101:2-102:3 | | | | |
| 102:6-103:5 | | | | |
| 103:9 | | | | |
| 103:11-103:21 | | | | |
| 108:12-108:20 | | | | |
| 108:24-108:25 | | | | |
| 109:3-109:4 | | | | |
| 109:13-110:2 | | | | |
| 114:18-115:13 | | | | |
| 115:16-115:21 | | | | |
| 115:24 | | | | |
| 116:1-116:3 | | | | |
| 116:6-116:18 | | | | |
| 116:20-117:1 | | | | |
| 117:22-117:25 | | | | |
| 118:2 | | | | |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 118:5-118:6 | | | | |
| 118:10-118:20 | | | | |
| 118:23-119:9 | | | | |
| 119:11-119:18 | | | | |
| 119:20-119:21 | | | | |
| 119:23-120:23 | | | | |
| 120:25-121:2 | | | | |
| 121:5 | | | | |
| 121:8-121:14 | | | | |
| 121:16-121:23 | | | | |
| 121:25-122:11 | | | | |
| 124:22-124:25 | | | | |
| 125:2 | | | | |
| 125:5-125:9 | | | | |
| 125:12-125:13 | | | | |
| 125:15-125:17 | | | | |
| 125:19-126:2 | | | | |
| 126:5-127:8 | | | | |
| 127:11-127:14 | | | | |
| 128:4-128:10 | | | | |
| 130:13-131:1 | | 131:4-8 | | |
| 131:11-131:16 | | | | |
| 131:18-131:19 | | 131:21-132:2 | AC (131:24-25) | Sustained; omit 131:24-25 |
| 132:24-133:16 | | | | |
| 133:18-135:8 | Rule 802, Rule 602 | 133:20 | | Overruled |
| 135:11-135:16 | Rule 802, Rule 602 | | | Overruled |
| 135:18-135:23 | Rule 802, Rule 602 | | | Overruled |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 135:25-136:3 | Rule 802, Rule 602 | | | Overruled |
| 136:6-136:23 | Rule 802, Rule 602 | | | Overruled |
| 137:1-137:7 | Rule 802, Rule 602 | | | Overruled |
| 137:15-138:23 | Rule 802, Rule 602 | | | Overruled |
| 139:1-139:11 | Rule 802, Rule 602 | | | Overruled |
| 140:14-140:21 | Rule 802, Rule 602 | | | Overruled |
| 140:25-141:2 | Rule 802, Rule 602 | | | Overruled |
| 141:4-141:7 | Rule 802, Rule 602 | | | Overruled |
| 141:9-141:19 | Rule 802, Rule 602 | | | Overruled |
| 141:21-142:3 | Rule 802, Rule 602 | | | Overruled |
| 142:6-142:11 | Rule 802, Rule 602 | | | Overruled |
| 142:13-142:20 | Rule 802, Rule 602 | | | Overruled |
| 143:1-143:8 | Rule 802, Rule 602 | | | Overruled |
| 143:24-144:3 | Rule 802, Rule 602 | | | Overruled |
| 144:5 | Rule 802, Rule 602 | | | Overruled |
| 144:7-144:10 | Rule 802, Rule 602 | | | Overruled |
| 144:13-144:18 | Rule 802, Rule 602 | | | Overruled |
| 144:20-145:6 | Rule 802, Rule 602 | 257:21-260:8 260:12-261:4; 262:7-15; 274:12-275:23; 276:3-24 | Rule 402; Rule 403; Leading | Overruled as to both objections |
| 145:10-145:23 | Rule 802, Rule 602 | | | Overruled |
| 146:1-146:9 | Rule 802, Rule 602 | | | Overruled |
| 146:11-146:15 | Rule 802, Rule 602 | | | Overruled |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 146:18-147:2 | Rule 802, Rule 602 | | | Overruled |
| 147:4-147:6 | Rule 802, Rule 602 | | | Overruled |
| 147:9-147:18 | Rule 802, Rule 602 (147:9) | | | Overruled |
| 147:21-148:5 | | | | |
| 148:8-148:10 | | | | |
| 148:12-148:13 | | | | |
| 148:15-148:20 | Rule 802, Rule 602 | | | Overruled |
| 148:23-149:12 | Rule 802, Rule 602 | | | Overruled |
| 149:15-149:19 | Rule 802, Rule 602 | | | Overruled |
| 149:21-150:6 | Rule 802, Rule 602 | | | Overruled |
| 150:9-150:20 | Rule 802, Rule 602 | | | Overruled |
| 150:23-150:24 | Rule 802, Rule 602 | | | Overruled |
| 151:2-151:8 | Rule 802, Rule 602 | | | Overruled |
| 151:11-151:16 | Rule 802, Rule 602 | | | Overruled |
| 151:18-151:21 | Rule 802, Rule 602 | | | Overruled |
| 151:23-152:2 | Rule 802, Rule 602 | | | Overruled |
| 152:5-152:14 | Rule 802, Rule 602 | | | Overruled |
| 152:17-152:18 | Rule 802, Rule 602 | | | Overruled |
| 152:21-153:2 | Rule 802, Rule 602 | | | Overruled |
| 153:5-153:9 | Rule 802, Rule 602 | | | Overruled |
| 153:11-153:16 | Rule 802, Rule 602 | | | Overruled |
| 153:20-154:7 | Rule 802, Rule 602 | | | Overruled |
| 154:11-154:21 | Rule 802, Rule 602 | | | Overruled |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 154:23-155:11 | Rule 802, Rule 602 | | | Overruled |
| 156:14-156:21 | Rule 802, Rule 602 | | | Overruled |
| 156:25 | Rule 802, Rule 602 | | | Overruled |
| 157:2-157:5 | Rule 802, Rule 602 | | | Overruled |
| 157:8-157:10 | Rule 802, Rule 602 | | | Overruled |
| 157:13-157:18 | Rule 802, Rule 602 | | | Overruled |
| 157:21-158:4 | Rule 802, Rule 602 | | | Overruled |
| 158:8-158:10 | Rule 802, Rule 602 | | | Overruled |
| 159:25-160:12 | Attorney colloquy (159:25 – 160:1) | | | Sustained in part; overruled in part; omit 159:25-160:1 through "strike that" (keep in "Did you expect Dr. Ball to") |
| 160:15 | | | | |
| 162:25-163:11 | | | | |
| 163:13–163:22 | | | | |
| 163:24-164:11 | | | | |
| 164:14-164:19 | | | | |
| 164:21-165:2 | | | | |
| 165:4-165:11 | | | | |
| 165:14 | | | | |
| 166:19-167:3 | | | | |
| 167:6-167:17 | | | | |
| 167:20-168:3 | | | | |
| 168:6 | | | | |
| 168:8-16 | | | | |
| 169:1-9 | | | | |
| 169:12-13 | | | | |
| 170:9-24 | | | | |

| National Initial Designations | MFI Objections | MFI Counterdesignations | National Counterobjections | Court's Ruling |
|---|---|---|---|---|
| 286:4-286:12 | | | | |
| 286:15-286:21 | | | | |
| 286:23-287:8 | Rule 802, Rule 602 | | | Overruled |
| 287:22-287:24 | | | | |
| 288:1-288:5 | Rule 602, Lack of foundation | | | Overruled |
| 290:20-290:22 | | | | |
| 290:24-290:25 | | | | |
| 291:3-291:4 | | | | |
| 291:6-291:7 | | | | |
| 292:7-292:10 | | | | |
| 292:13-292:20 | | | | |
| 292:23-293:2 | | | | |
| 293:12-293:14 | | | | |
| 294:1-294:3 | | | | |
| 294:6-294:17 | | | | |
| 294:23-295:1 | | | | |
| 295:4-295:19 | | | | |
| 295:22-295:24 | | | | |

Entered this 30th day of May, 2012.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge