IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| NATIONAL PASTEURIZED EGGS, INC.<br>and NATIONAL PASTEURIZED EGGS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-cv-646 |
| | ) | |
| MICHAEL FOODS, INC., ABBOTSFORD<br>FARMS, INC., CRYSTAL FARMS<br>REFRIGERATED DISTRIBUTION<br>COMPANY, and M.G. WALDBAUM<br>COMPANY, | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| MICHAEL FOODS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. 11-cv-534 |
| v. | ) | |
| | ) | |
| NATIONAL PASTEURIZED EGGS, INC., | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Before the Court is Michael Foods Inc., Abbotsford Farms, Inc., Crystal Farms
Refrigerated Distribution Company, and M.G. Waldbaum Company's (collectively, "Michael
Foods") and National Pasteurized Eggs, Inc. and National Pasteurized Eggs, LLC's (collectively,
"National") Notice of Satisfaction by Michael Foods of Money Judgment and Joint Motion to
Release Supersedeas Bond.  After having considered it, the Court is of the opinion that the
parties' requested relief should be GRANTED.

ACCORDINGLY, IT IS ORDERED that by virtue of the consideration for the settlement
agreement between National and Michael Foods (the "Agreement"), Michael Foods has satisfied
any and all monetary obligations arising from this action, or imposed by any judgment entered

herein, including the Judgment entered on June 19, 2012 (Dkt. 501), Amended Judgment entered on April 19, 2013 (Dkt. 551), and Order on Bill of Costs entered on June 26, 2013 (Dkt. 559), and any order awarding the recovery of money from Michael Foods to National.

IT IS FURTHER ORDERED that Supersedeas Bond No. 190029399, issued by Liberty Mutual Insurance Company in the amount of Six Million, Three Hundred Thousand Dollars ($6,300,000.00) and dated May 1, 2013 (the "Bond") is hereby unconditionally released, discharged, and deemed of no further force or effect, and is hereby exonerated from all past, present and future liability. The Clerk of the Court is hereby directed to take all necessary steps to effectuate the discharge and release of the Bond. Liberty Mutual Insurance Company shall have no further liability in connection with the Bond. The Clerk is hereby directed to return the Bond to:

> Stacy Hipsak Goetz
> Liberty Mutual Insurance Company
> 2815 Forbs Avenue, Suite 102
> Hoffman Estates, IL 60192

The Court retains jurisdiction over the Parties for the purposes of enforcing the Permanent Injunction and the Agreement.

BY THE COURT:

William M. Conley
District Judge
7/23/13